JUDGE KEENAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 24 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INDICTMENT

    - v. -                        :     08 Cr. _____

CARLOS J. ORTIZ, JR.,
  a/k/a "C-Low,"                         08 CRIM 256

        Defendant.            :

- - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about January 11, 2006, in the Southern District of New York, CARLOS J. ORTIZ, JR., a/k/a "C-Low," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about June 21, 1996, in New York Supreme Court, Bronx County, of criminal sale of a controlled substance in the third degree, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm and ammunition, to wit, an Intratec nine-millimeter semi-automatic pistol, and seven assorted rounds of Winchester, Inc., nine-millimeter ammunition, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARLOS J. ORTIZ, JR.,
a/k/a "C-Low,"

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 922(g)(1)))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.