# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

MEMO ENDORSED 22, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**VIA HAND DELIVERY**

Honorable John F. Keenan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

MAY 2 3 2008

**Re:  United States v. Carlos Ortiz, Jr.**
**08 Cr. 256 (JFK)**

Dear Judge Keenan:

       I write on behalf of my client, Carlos Ortiz, to request an adjournment of a pretrial conference in the above-referenced case.  The conference currently is scheduled for Wednesday May 30 at 10:00.  I request that the conference be adjourned for approximately two weeks.

       The discovery I have received from the government includes information on a CD and a DVD.  I have not yet had the opportunity to review these discs with my client at the MDC.  A two-week adjournment of the conference will allow me to do so. Assistant United States Attorney Mark Lanpher consents to the requested adjournment on behalf of the government.

       The government requests that time between May 30 and the adjourn date be excluded from any speedy trial calculation. On behalf of Mr. Ortiz, I consent to that exclusion.

       Thank you for your time and consideration of this matter.

The conference is adjourned to
June 19, 2008, at 10:00 a.m.
The time is excluded.
SO ORDERED.
Dated:    New York, New York
       May 2 7, 2008.

Respectfully submitted,

Peggy M. Cross
Assistant Federal Defender
Tel.: (212) 417-8732

*John F. Keenan*
    U.S.D.J.

cc:  AUSA Mark Lanpher (via facsimile)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-27-08