UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
              -against-             :     08 CR. 256 (JFK)
                                    :
     Carlos Ortiz                   :        ORDER
                                    :
              Defendant(s).         :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-9-08

JOHN F. KEENAN, United States District Judge:

The Court having been advised that defense counsel require additional time to assess the nature and strength of the Government's case and to determine if a disposition in the matter is appropriate, the period from July 10, 2008 until July 24, 2008 at 9:45 is excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and to prevent any possible miscarriage of justice. The Court finds that the value of this exclusion outweighs the best interests of the defendant(s) and the public interest in a speedy trial. This Order is made pursuant to 18 U.S.C. § 3161(h)(8)(B)(IV).

SO ORDERED.

Dated:   New York, New York
         July 9, 2008

                                    /s/ John F. Keenan
                                    JOHN F. KEENAN
                                    United States District Judge